United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony Wall  
    Debtor

Case No. 17-14683-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: May 11, 2018  
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13979102        E-mail/PDF: cbp@onemainfinancial.com May 12 2018 02:16:22     ONEMAIN,   P.O. BOX 3251, EVANSVILLE, IN 47731-3251
                                                                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
        CAROL E. MOMJIAN    on behalf of Defendant    Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov
        CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue cmomjian@attorneygeneral.gov
        DAVID A. SCHOLL    on behalf of Plaintiff Anthony  Wall judgescholl@gmail.com
        DAVID A. SCHOLL    on behalf of Debtor Anthony  Wall judgescholl@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I T bkgroup@kmllawgroup.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I T mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        PAMELA ELCHERT THURMOND    on behalf of Defendant    City & School District of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                 TOTAL: 12

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14683-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Anthony Wall
5033 Schuyler Street
Philadelphia PA 19144

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/11/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/13/18

Tim McGrath
**CLERK OF THE COURT**