**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  ANTHONY WALL,            :       CHAPTER 13

      Debtor            : BANKRUPTCY NO. 17-14683

**APPLICATION FOR COMPENSATION OF DAVID A. SCHOLL, ESQUIRE, COUNSEL FOR THE DEBTOR**

David A. Scholl, Esquire, counsel for the above-named Debtor, in accordance with F.R.B.P. 2016 applies, under section 330 of the Code, for an award of compensation and represents as follows:

1. The Applicant has been counsel for the Debtor in this case since August 1, 2017, when he entered his appearance for the Debtor.

2. The Debtor filed this case pro se on July 10, 2017.

3. All services rendered for which compensation is requested were performed on behalf of the Debtor.

4. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

5. The period of the Application is from July 15, 2017, through April 2, 2020.

6. The total fees requested from the Debtors' estate through this period are $5900.00.

7. No Application to appoint the Applicant as counsel for the Debtor was filed, since this is a Chapter 13 case.

8. The first services were performed by the Applicant in connection with this case on July 15, 2017.

9. Compensation is requested under section 330.

Case 17-14683-mdc    Doc 89    Filed 04/02/20    Entered 04/02/20 13:32:05    Desc Main
Document      Page 2 of 10

10. Disclosure of compensation under Rule 2016(b) were filed for the one payment to counsel to date, totaling $1000 on August 10, 2017.

11. My billing rate for the period at issue was $2500 for all routine services plus $200 per hour more for all non-routine services which are designated (*) on the attached Time Records.

12. A description of the services performed is included on the following pages.

WHEREFORE, the Applicant requests an award of $5900.00 in compensation for services, less $1000 paid, or $4900.00 in compensation, up to which amount is requested from funds held by the Trustee.

Dated: April 2, 2020                              /s/DAVID A. SCHOLL

512 Hoffman Street, Phila., PA. 19148

**610-550-1765**

Attorney for Debtor

**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: :
**ANTHONY WALL,**                : **CHAPTER 13**
    **Debtor**                    : **BANKRUPTCY NO. 17-14683**

## ORDER

AND NOW, this       day of May, 2020,, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case, for the period from July 15, 2017, through April 2, 2020, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $ 5900 for this period. The trustee shall distribute up to $ 4900 from the funds paid to him to the Applicant.

_____

J.

**EXHIBIT "B"**

Case 17-14683-mdc    Doc 89    Filed 04/02/20    Entered 04/02/20 13:32:05    Desc Main
Document    Page 4 of 10

## DESCRIPTION OF SERVICES

| DATE | SERVICES PERFORMED | TIME |
|---|---|---|
| 7/15/17 | Call from Client-Review Papers & Docket | 30 mins. |
| | Meeting with Client | 2 hrs. |
| 7/20/17 | Prepare Fee Application, Call Client | 18 mins. |
| 7/22/17 | Call from Client | 12 mins. |
| 8/1/17 | Call to Client | 12 mins |
| | Meet with Client | 30 mins. |
| | Entry of Appearance fFiled | 18 mins. |
| | Answer to Trustee Motion to Dismiss | 18 mins.* |
| 8/5/17 | Meet with Client re Schedules | 30 mins. |
| 8/7/17 | Work on Schedules | 42 mins. |
| 8/10/17 | Call from Carol Momjian | 12 mins. |
| | Call to Client | 12 mins. |
| | FileAmended Pet., Amended Schedules, 2016(b), & Plan | 48 mins. |
| 8/22/17 | Reviwe Obj. to Conf., 341 Meeting Notice, Call Client | 30 mins. |
| 8/21/17 | Review Motion to Dismiss, Call Client | 12 mins. |
| 8/28/17 | Review 341 Documents with Client | 12 mins. |
| 9/8/17 | Email to Creditor after Call | 18 mins. |
| 9/14/17 | Call to Client | 12 mins. |
| 9/19/17 | Call to Client re 341 Prep. & TMTD Prep. | 30 mins. |
| 9/21/17 | Court Appearance, Trustee Motion to Dismiss | 1 hr.* |
| 9/24/17 | Prepare & File Notice of No Tax Retrurn | 12mins. s |

| Date | Description | Time |
|---|---|---|
| .9/25/17 | Attend 341 Meeting | 1 hr. |
| 9/26/17 | Amend Schedules | 48 mins. |
| 9/30/17 | Revisedd 7 Filed amended Schedules | 30 mins. |
| 10/19/17 | Confirmation Hearing Continues | 12 mins. |
| 111/30/17 | Review Motion for Relief , Call Client | 24 mins.* |
| 12/1/17 | Call Client & Website re Motion for Relief | 18 mins.* |
| 12/2/17 | Reviwe Stipulation & Draft Answer | 30 mins.* |
| 12/4/17 | Review stipulation with Client | 18 mins.* |
|  | Call to Gang, lawyer on VA claim | 12 mins.* |
| 12/5/17 | Tansmit Stipulation | 12 mins.* |
| 12/6/17 | Send Copy odf Stipulation to Client | 18 mins.* |
| 12/9/17 | Client Called re Stipulation | 12 mins.* |
| 12/17/17 | Call to city re Claim | 6 mins.* |
| 2/4/18 | Answer to New Trustee Motion to Dismiss | 18 mins.* |
| 3/13/18 | Call to Jackie re Hearing on TMTD | 12 mins.* |
| 4/2/18 | Draft & File Adversary Complaint v. PA & ICity | 1 hr.* |
| 4/5/18 | Appearance at Hearing, Conf. & TMTD | 1 hr. |
| 43/18 | Serve Complainet | 30 mins.* |
| 4/10/18 | Email to Jackie | 24 mins. |
| 4/11/18 | Review Answer by PA. Dept. of Revenue | 12 mins,* |
|  | Sent client forms from PA. Dept of Revenue | 18 mins.* |
| 5/11/18 | Review Pre-Trial Order in Adv. | 12 mins.* |
| 5/11/18 | Email from PamThurmond | 12 mins.* |

| | | |
|---|---|---|
| 5/15/18 | Conference with Counsel re Adversary | 1 hr.* |
| 5/18/18 | Draft Letter & email | 30 mins. |
| | Call Client, Email to Monjian | 12 mins.* |
| 522/18 | letter re Conference | 18 mins.* |
| 6/1/18 | Letter to court re Mediation | 18 mins.* |
| 6/7/18 | Call to Client | 12 mins. |
| 6/8/18 | Receive Appraisal from City | 12 mins.* |
| 6/12/18 | Plaintiff's Discoverty Disclosures | 30mins.* |
| .6/13/18 | Email to Jackie re confirmation | 12 mins. |
| 6/29/18 | Reviewed Appraisal from City | 18 mins.* |
| 7/5/18 | Email from Monjian | 18 mins.* |
| 7/18/18 | Reviewed Stipulation from City | 12 mins.* |
| 7/22/18 | Returned Stip. OK | 12 mins.* |
| 7/18/18 | Sign & Return Stip. to City | 18 mins.* |
| 7/20/18 | Email from Momjian & Reply | 18 mins.* |
| 7/23/18 | Email with PADOR filed | 12 mins.* |
| 8/30/18 | Proposed Consent Decree with PADOR Filed | 18 mins.* |
| 8/31/18 | Email Revised Stip. to Momjian | 18 mins.* |
| | Corrected Stip. Filed | 12 mins.* |
| 9/6/18 | Order Signed Retrieved | 6 mins.* |
| 9/11/18 | Called client re Disposition of Adversary | 24 mins.* |
| 9/13/18 | Emails to & from Jackie re Confirmation | 30 mins. |
| 10/15/18 | Client Appears, Discuss Loan Modification | 1 hr.* |

| Date | Description | Time |
|---|---|---|
| 10//25/18 | Court Appearance on Confirmation | 1 hr. |
| 10/28/18 | Letter Appealing Denial of Loan Mod. | 36 mins.* |
| 12/21/18 | Call to Client re Case Status | 12 mins. |
| 12/30/18 | Check Docket | 12 mins. |
| 1/7/19 | Call from Momjian | 12 mins.* |
| 1/8/19 | Email & Call to Jackie | 18 mins. |
| 1/10/19 | Court Appearance Confirmation | 1 hr. |
| 2/18/19 | Call to Client for Status Report | 12 mins. |
| 2/24/19 | Amended Plan Filed | 42 mins. |
| 2/27/19 | Calls to Client to Be in Court | 12 mins. |
| 2/28/19 | Appearance at Hearings on Confirmation & Dismissal | 1.5 hrs. |
| 3/1/19 | Amended Plan Drafted | 18 mins. |
| 3/28/19 | Call to Mortgage Company | 12 mins. |
| 4/1/19 | Letter from Client Called | 12 mins. |
| 4/8/19 | Sent Copy of Letter to Client | 12 mins. |
| 4/15/19 | Call from Client | 12 mins. |
| 4/16/19 | Call from Mike Brown re Loan Mod Status | 12 mins.* |
| 4/18/19 | Call to Client re Mike Brown Advice | 12 mins.* |
| 5/6/19 | Call from Client re VA, Loan Mod. Status | 12 mins. |
| 5/10/19 | Call to MG Co. re Loan Mod. | 12 mins.* |
| 5/11/119 | Call to Lender re Loan modification Status | 18 mins.* |
| 5/12/19 | TRANSMITTAL OF Loan Mod Infor to Client | 12 mins.* |
| 5/21/19 | Call from Client re Status | 12 mins.* |

| Date | Description | Time |
|---|---|---|
| 5/26/19 | Emails to Jackie re Confirmation Hearing | 12 mins. |
| 5/30/19 | Attendance at Hearings on Confirmation & Dismissal | 1 hr, |
| 6/10/19 | Review Trustee's Objections to Confirmation | 12 mins. |
| 6/27/19 | Attendance at Hearing on Confirmation & Dismissal | 1.5 hrs. |
| 7/2/19 | Drafted, Filed, & Served Third Amended Plan | 36 mins. |
| 10/29/19 | Call to Client re Update | 12 mins. |
| 11/8/19 | Call to Client re Next Listing | 12 mins. |
| 11/17/19 | Email to Kevin cockerham re Hearings | 18 mins. |
| 21/11/19 | Call to Client & Emails re Hearing | 30 mins. |
| 12/12/19 | Agreement to Continue Hearing Until I Get Back | 18 mins. |
| 1/10/20 | Call to client re Status | 12 mins. |
| 1/13/20 | Emails Back & Forth re Hearing | 30 mins. |
| 1/15/20 | More Emails, Calls re Hearing | 12 mins, |
|  | Prepare for Hearing | 12 mins. |
| 1/16/20 | Court Appearance | 1 hr. |
|  | Call to client re Continuance | 12 mins. |
| 2/21/20 | Call to Client | 12 mins. |
| 2/24/20 | Call to Client to Update Status | 12 mins. |
| 2/26/20 | Client Brings in Letters,re VA | 18 mins.* |
| 3/3/20 | Emails from Kevin re Continuance | 18 mins. |
| 3/4/20 | Call to Client re Continuance | 12 mins. |
| 3-4 & 5/20 | Prepared Fee Application | 3 hrs. |
| 3/26 | Call to Client & Loan Co. Rep. | 18 mins. |

| | | |
|---|---|---|
| 3/31/20 | Email to Kevin & Leeane re Listing on 4/2 | 18 mins. |
| 4/1/20 | Call to Client, Emails to & from Leeane | 18 mins. |
| 4/2/20 | Call to Solarz after Review of Docket | 18 mins. |
| | Call to Leeane re Hearing | 12 mins, |
| | Hearing on Phone on Trustee's Motion | 24 mins. |
| | File Order to Retain Jurisdiction | 12 mins. |
| | Call Client with Result of Hearing | 12 mins. |
| | Finalize Fee Application & Notice | 1 hr. |

TOTAL HOURS: 47 hrs, 52 mins.

HOURS OF SERVICE OVER $2500 BASE AMOUNT (NOTED BY *): 17 hrs.,

@ $200/hr. = $3400.00

TOTAL FEE DUE TO DATE: $2500 + $3400 = $5900 less $1000 paid = $4900