**IN THE UNITED STATES BANKRUPTCY -COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  ANTHONY WALL,　　　　　　　　　:　　CHAPTER 13
　　　　　　Debtor　　　　　　　　　　　: BANKRUPTCY NO. 17-14683

## NOTICE OF FEE APPLICATION

Notice is hereby given to all interested parties that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation for the period from July 15, 2017, through April 2, in the amount of $5900 for this period, has been filed. Any Objection to this Application must be filed and served upon me within twenty-one days from April 6, 2020, on or before which date this Notice will be served. A copy of the Application is being provided to the United States Trustee, and the Debtor. Any interested parties can obtain a copy from me on request.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　/s/ DAVID A. SCHOLL
　　　　　　　　　　　　　　　　　　　　512 Hoffman Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19148
　　　　　　　　　　　　　　　　　　　　610-550-1765
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor