United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14683-mdc
Anthony Wall                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 2              Date Rcvd: Apr 09, 2020
                             Form ID: pdf900          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
```
db             +Anthony Wall,    5033 Schuyler Street,    Philadelphia, PA 19144-4807
13949529       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13953094       +Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
13953093      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Ccs/First Savings Bank,    500 East 60th St. North,
                 Sioux Falls, SD 57104)
13953097       +Mabt/contfin,   121 Continental Dr Ste 1,    Newark, DE 19713-4326
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 10 2020 04:51:12      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2020 04:50:58       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Apr 10 2020 04:51:12      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2020 04:50:16
                 Commonwealth Of PA., Dept. Of Revenue,   Bureau Of Compliance,    Dept. 280946,
                 Harrisburg, PA 17128-0001
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2020 04:47:25
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14030578        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2020 04:46:23
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13953092        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2020 04:46:16      Capital One,
                 15000 Capital One Dr.,   Richmond, VA 23238
14037093        E-mail/Text: megan.harper@phila.gov Apr 10 2020 04:51:12      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13953091       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2020 04:46:15      Cap One,
                 PO Box 30253,   Salt Lake City, UT 84130-0253
13953096       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 10 2020 04:46:22      Credit One Bank NA,
                 PO Box 98875,   Las Vegas, NV 89193-8875
14016581        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2020 04:47:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14016572        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2020 04:46:24
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14016559        E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 10 2020 04:47:24       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13953098       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 10 2020 04:48:39       Merrick Bank Corp,
                 PO Box 9201,   Old Bethpage, NY 11804-9001
13979102        E-mail/PDF: cbp@onemainfinancial.com Apr 10 2020 04:48:33      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
13953099       +E-mail/PDF: cbp@onemainfinancial.com Apr 10 2020 04:47:15      Onemain,    PO Box 1010,
                 Evansville, IN 47706-1010
13995357        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2020 04:46:20
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13957177        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2020 04:50:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14031807        E-mail/Text: jennifer.chacon@spservicing.com Apr 10 2020 04:51:59      U.S. Bank NA, et al,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13953095*      +Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
14105624*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
14031812*       U.S. Bank NA, et al,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                    TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: PaulP              Page 2 of 2              Date Rcvd: Apr 09, 2020
                               Form ID: pdf900          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:

```
          CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
           cmomjian@attorneygeneral.gov
          CAROL E. MOMJIAN    on behalf of Defendant    Pennsylvania Department of Revenue
           cmomjian@attorneygeneral.gov
          DAVID A. SCHOLL    on behalf of Plaintiff Anthony  Wall judgescholl@gmail.com
          DAVID A. SCHOLL    on behalf of Debtor Anthony  Wall judgescholl@gmail.com
          DAVID A. SCHOLL    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
           successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders
           of the Bear Stearns Asset Backed Securities I T judgescholl@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
           NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the
           holders of the Bear Stearns Asset Backed Securities I T bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
           agent for U.S. Bank NA, successor trustee to Bank of America, N.A. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
           America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf
           of the holders of the Bear Stearns Asset Backed Securities I T mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Defendant    City & School District of Philadelphia
           pamela.thurmond@phila.gov, karena.blaylock@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
           NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the
           holders of the Bear Stearns Asset Backed Securities I T bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :          Chapter 13

ANTHONY WALL,             :

Debtor(s).                      :          Bankruptcy No. -MDC - 17- 14683

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the ent[ry of this Order, and] after the entry of this Order, counsel shall file (1) a Ce[rtification of] service, and (2) a Certification of No Response confirming that neither an objection to the

*Magdeline D. Coleman*

**Date: April 9, 2020**

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: April 3, 2020

_____
MAGDELINE D. COLEMAN
Chief UNITED STATES BANKRUPTCY JUDGE