**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**ANTHONY WALL,**

                                                :    **CHAPTER 13**

**Debtor**                                 : **BANKR. No. 17-14683**

**CERTIFICATION OF NO RESPONSE**

        I hereby certify that, on or before April 14, 2020, I served Notice of the Fee Application of the Debtor's Counsel, upon all known creditors, and the entire Application upon the Chapter 13 Trustee, the Debtor, and the Office of the United States Trustee.  I also served a copy of this court's Order of April 9, 2020, dismissing this case but retaining jurisdiction as to any administrative claims filed upon all known interested parties.  I further certify that no answer or Objection to my Application or any further administrative claim was filed or served on me by May 6, 2020, and the Order attached to the Application can be entered as uncontested.

Dated:  May 7, 2020

                                                                            _____
                                                                            /s/ DAVID A. SCHOLL
                                                                             512 Hoffman Street
                                                                             Philadelphia, PA.  19148
                                                                             610-550-1765
                                                                             Fax 267-639-9178
                                                                             Attorney for the Debtor