**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: :
**ANTHONY WALL,**                                                        : **CHAPTER 13**
      **Debtor**                                                    : **BANKRUPTCY NO. 17-14683**

## ORDER

AND NOW, this 9th day of June 2020, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case, for the period from July 15, 2017, through April 2, 2020, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $ 5900 for this period. The trustee shall distribute up to $ 4900 from the funds paid to him to the Applicant.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge