United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony Wall  
    Debtor

Case No. 17-14683-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jun 10, 2020  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.  
db         +Anthony Wall,   5033 Schuyler Street,   Philadelphia, PA 19144-4807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:

       CAROL E. MOMJIAN   on behalf of Defendant    Pennsylvania Department of Revenue    cmomjian@attorneygeneral.gov  
       CAROL E. MOMJIAN   on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue    cmomjian@attorneygeneral.gov  
       DAVID A. SCHOLL    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I T  judgescholl@gmail.com  
       DAVID A. SCHOLL    on behalf of Plaintiff Anthony  Wall judgescholl@gmail.com  
       DAVID A. SCHOLL    on behalf of Debtor Anthony  Wall judgescholl@gmail.com  
       KEVIN G. MCDONALD   on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I T  bkgroup@kmllawgroup.com  
       MATTHEW CHRISTIAN WALDT   on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
       MATTHEW CHRISTIAN WALDT   on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I T  mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
       MATTHEW CHRISTIAN WALDT   on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
       PAMELA ELCHERT THURMOND    on behalf of Defendant    City & School District of Philadelphia  pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
       PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
       REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I T  bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                         TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re: :
ANTHONY WALL,                                           : CHAPTER 13
       Debtor                                          : BANKRUPTCY NO. 17-14683

# ORDER

AND NOW, this 9th day of June 2020, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case, for the period from July 15, 2017, through April 2, 2020, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $ 5900 for this period. The trustee shall distribute up to $ 4900 from the funds paid to him to the Applicant.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge